Argued and submitted April 21, reversed and remanded October 8, 1986

# HANSON,
*Appellant,*

*v.*

# FEDERAL DEPOSIT INSURANCE CORPORATION,
*Respondent.*

(85-1130; CA A37097)

726 P2d 409

Nancy A. Borneman, Coos Bay, argued the cause for appellant. With her on the brief was Rossi & Borneman, Coos Bay.

Lynne W. McNutt, Coos Bay, argued the cause for respondent. With her on the brief was McNutt, McNutt & Thrush, Coos Bay.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought this action for a declaratory judgment, ORS 28.010, seeking a declaration that a judgment lien is invalid. Defendant moved for dismissal of the complaint on the ground that it does not state a cause of action. The trial court granted the motion and plaintiff appeals.

■■   A complaint for declaratory relief may not be dismissed for failure to state a claim if it states a justiciable controversy. *Reynolds v. State Board of Naturopathic Exam.,* 80 Or App 438, 722 P2d 739 (1986); *Aetna Casualty v. Smith,* 81 Or App 384, 725 P2d 611 (1986). The complaint states a justiciable controversy, and it was error to dismiss it.

Reversed and remanded.